IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKYLER ASHBOCKER and AUBREY ASHBOCKER, individually and as natural parents and legal guardians of O. ASHBOCKER, minor<br><br>　　Plaintiffs,<br><br>v.<br><br>VICTORIA E. JUDD, M.D.; IHC HEALTH SERVICES, INC. d/b/a PRIMARY CHILDREN'S HOSPITAL; UNIVERSITY OF UTAH; DOES 1-10; and ROES 1-10;<br><br>　　Defendants. | **STIPULATED THIRD AMENDED SCHEDULING ORDER**<br><br>Case No. 2:19-cv-00007-DB-CMR<br><br>District Judge Dee Benson<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Stipulation of the parties and Fed. R. Civ. P. 16(b), and good cause appearing, IT IS HEREBY ORDERED that the pretrial deadlines in this case are amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Last Day to Serve Written Discovery | August 14, 2020 | March 17, 2021 |
| Close of fact discovery | September 18, 2020 | April 16, 2021 |
| Last day to file Motion to Amend Pleadings and/or to Add Parties | August 21, 2020 | March 17, 2021 |
| Rule 26(a)(2) Expert Disclosures & Reports, party(ies) bearing burden of proof | October 2, 2020 | April 30, 2021 |
| Rule 26(a)(2) Expert Disclosures & Reports, counter reports | December 4, 2020 | June 30, 2021 |
| Last day for expert discovery | February 12, 2021 | July 30, 2021 |
| Deadline for filing dispositive or potentially dispositive motions | February 26, 2021 | August 31, 2021 |
| Deadline for filing partial or complete motions to exclude expert testimony | February 26, 2021 | August 31, 2021 |

| | | |
|---|---|---|
| Completion of private mediation/arbitration | March 26, 2021 | April 30, 2021 |
| Evaluate case for ADR on | March 26, 2021 | April 30, 2021 |
| Rule 26(a)(3) Pretrial Disclosures, Plaintiffs | May 14, 2021 | November 19, 2021 |
| Rule 26(a)(3) Pretrial Disclosures, Defendants | May 28, 2021 | December 3, 2021 |
| Special Attorney Conference and Settlement Conference on or before | June 11, 2021 | December 17, 2021 |
| Final Pretrial Conference | June 28, 2021 at 2:30pm | January 10, 2022 at 2:30 p.m. |
| Jury Trial (10 days) | July 12, 2021 at 8:30am | January 24, 2022 at 8:30 a.m. |

DATED this 26 October 2020.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah

2